STATE OF NEW JERSEY v. LOUIS DAMIEN HUGHES.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH JACKSON.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE ADELMAN.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGELO RICHARDSON.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY T. WILSON.

March 10, 1987.

Petition for certification denied.